PER CURIAM.
Affirmed. Fontainebleau Hotel Company v. Postal, Fla.App.1962, 142 So.2d 299; Morse Auto Rentals, Inc. v. Dunes Enterprises, Inc., Fla.App.1967, 198 So.2d 652; Archer-Daniels-Midland Company v. A & *817 P Bakery Supply and Equipment Company, Fla.App.1970, 240 So.2d 73; All Ways Reliable Building Maintenance, Inc. v. Moore, Fla.1972, 261 So.2d 131; Central National Insurance Company v. Gonzalez, Fla.App. 1974, 295 So.2d 694; Rule 1.460, RCP.